IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DELBERT EDWIN DILLON**                                                              **PLAINTIFF**

**VS.**                                              **4:11CV00894 JMM**

**UNIVERSITY OF ARKANSAS AT LITTLE ROCK**
**and ANN SCHLUMBERGER, CHAIRMAN OF UALR**
**NURSING PROGRAM and INDIVIDUALLY**                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 27th day of June, 2012.

_____
James M. Moody
United States District Judge